USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/10/2022

# THE PORTELA LAW FIRM, P.C.

ATTORNEYS AT LAW
177 WADSWORTH AVENUE
NEW YORK, NY 10033
TEL. 212-927-7363 • FAX 212-927-4690

ATTORNEYS:

MANUEL PORTELA, JR.
SUSAN FRIEDLAND
EGI DEROMEMAJ (OF COUNSEL)
PHILLIP MAHONY (OF COUNSEL)

OFFICE MANAGER:
BRUNILDA SOSA

LAW CLERK:
NATASHA ALMANZAR-SANCHEZ

LEGAL ASSISTANTS:
ASHLEY NUNEZ
BRENDAMARIS VASQUEZ RAMIREZ

(QUEENS)
37-06 82ND STREET, 3RD FL
JACKSON HEIGHTS, NY 11372

TEL. 718-424-5000
FAX 212-927-4690

(BRONX)
1698 BOSTON ROAD
BRONX, NY 10460

TEL. 718-424-5000
FAX. 212-927-4690

## MEMORANDUM ENDORSED

May 10, 2022

**BY ECF AND EMAIL**

The Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Okami Landa, 15 Cr 723 (GHW)*

Dear Judge Woods:

The parties are scheduled to appear before this Court on May 16, 2022, at 10:00 a.m. for a revocation hearing regarding the Okami Landa's pending alleged violations of supervised release. Since the parties were last before the Court, the Government has provided discovery, and the parties engaged in discussion regarding the pending allegations against the defendant which may obviate the need for an evidentiary hearing in this case.

On April 8, 2022, AUSA Mathew Bradley submitted a motion letter with my consent requesting an adjournment to further those discussion and to allow defense counsel to review

discovery.  The Court granted that request.  Since April 8, 2022, I have received and reviewed additional discovery provided by the Government and viewed additional sensitive discovery images of an evidentiary nature at the office of the Federal Investigations Bureau in Westchester County.  Receipt of one final outstanding discovery remains pending, which I hope to receive and review within the next 10 days after my recovery from Covid 19.

This past Sunday May 8, 2022, I tested positive for Covid 19, and I have all the related symptoms.  I am quarantined at my home this entire week.   I respectfully request a brief adjournment of 45 days, with the Government's consent, to finalize my review of the discovery, allow an opportunity to meet with my client at the Hudson County Correctional Facility to prepare a pre-pleading mitigation report and to recover from my current health condition.  For the foregoing reasons, the parties therefore request that the Court adjourn the hearing date for 45 days, to a date convenient to the Court.

Respectfully submitted,

THE PORTELA LAW FIRM, PC
177 Wadsworth Avenue
New York, NY 10033
Attorneys for Okami Landa

By: _____
917-774-9617

Application granted.  The conference scheduled to take place on May 16, 2022 is adjourned to June 22, 2022 at 9:00 a.m.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 71.

SO ORDERED.
Dated:  May 10, 2022          _____
New York, New York                GREGORY H. WOODS
                                United States District Judge