USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/2022

# THE PORTELA LAW FIRM, P.C.

ATTORNEYS AT LAW
177 WADSWORTH AVENUE
NEW YORK, NY 10033
TEL. 212-927-7363 • FAX 212-927-4690

ATTORNEYS:

MANUEL PORTELA, JR.
SUSAN FRIEDLAND
EGI DEROMEMAJ (OF COUNSEL)
PHILLIP MAHONY (OF COUNSEL)

**MEMORANDUM ENDORSED**

(QUEENS)
37-06 82ND STREET, 3RD FL
JACKSON HEIGHTS, NY 11372

TEL. 718-424-5000
FAX 212-927-4690

OFFICE MANAGER:
BRUNILDA SOSA

LAW CLERK:
NATASHA ALMANZAR-SANCHEZ

LEGAL ASSISTANTS:
ASHLEY NUNEZ
BRENDAMARIS VASQUEZ RAMIREZ

(BRONX)
1698 BOSTON ROAD
BRONX, NY 10460

TEL. 718-424-5000
FAX. 212-927-4690

June 11, 2022

**BY ECF AND EMAIL**
The Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Okami Landa, 15 Cr 723 (GHW)*

Dear Judge Woods:

The parties are scheduled to appear before this Court on June 22, at 9:00 a.m. for a revocation hearing regarding the Okami Landa's pending alleged violations of supervised release. Since the last adjournment, the Government has provided additional discovery and the parties engaged in discussion regarding the pending allegations against the defendant which may obviate the need for an evidentiary hearing in this case.

I respectfully request a brief adjournment of 30 days, with the Government's consent, to finalize my review of the discovery, allow an opportunity to meet with my client at the Hudson County Correctional Facility to prepare a pre-pleading mitigation report, and for Mr. Landa to be evaluated by a forensic psychiatrist which will be part of the mitigation report. For the foregoing reasons, the parties therefore request that the Court adjourn the hearing date for 30 days, to a date convenient to the Court.

Application granted. The hearing scheduled to take place on June 22, 2022 is adjourned to August 15, 2022 at 10:00 a.m.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 73.

Respectfully submitted,

THE PORTELA LAW FIRM, PC

By: _____
MANUEL PORTELA, ESQ.

SO ORDERED.
Dated: June 11, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge