UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

OKAMI LANDA,

           Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2022

1:15-cr-723-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    On August 3, 2022, counsel for the defendant filed a sentencing submission. Dkt. No. 77. From this, the Court infers that the defendant expects to plead guilty to one or more specifications brought against him. The Government is directed to submit the Government's sentencing submissions, if any, no later than August 11, 2022. The Government is also directed to inform the Court regarding the nature of the specifications to which the defendant expects to plead guilty.

    SO ORDERED.

Dated: August 5, 2022

                                                         GREGORY H. WOODS
                                                   United States District Judge