

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMORANDUM ENDORSED

August 10, 2022

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: __8/10/2022__

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:   *United States* v. *Okami Landa*, 15 Cr. 723 (GHW)

Dear Judge Woods:

     The Government respectfully writes, with the defendant's consent, in response to the Court's August 5, 2022 Order (ECF No. 78) to request a brief adjournment of the August 22, 2022 conference in the above-titled violation of supervised release proceedings ("VOSR").

     On July 27, 2022, defense counsel provided the Government with a mitigation submission, which he subsequently filed as a sentencing memorandum on August 3, 2022. (ECF No. 77.) The Government has reviewed the defendant's mitigation submission and is currently engaged in plea discussions regarding a potential resolution of the above-titled VOSR and additional contemplated criminal charges based on the Government's continued investigation. Those discussions are ongoing, and the Government understands that the defendant is not prepared to enter admissions to the VOSR specifications at this time.

     Accordingly, the parties respectfully request a brief adjournment of approximately 30 days to complete discussions regarding a potential resolution, which would conserve judicial economy by obviating the need for an evidentiary hearing.

                     Respectfully submitted,

                     DAMIAN WILLIAMS
                     United States Attorney

Application granted.  The conference is adjourned to September 29, 2022 at 10:00 a.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 79.

by: _____/s/_____
    Nicholas S. Bradley / Matthew J.C. Hellman
    Assistant United States Attorneys
    (212) 637-1581 / -2278

SO ORDERED.

Dated:  August 10, 2022
New York, New York
             _____
             GREGORY H. WOODS
             United States District Judge