| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------X<br>UNITED STATES OF AMERICA,<br><br>-against-<br><br>OKAMI LANDA,<br><br>　　　　　　　　　　Defendant.<br>-----------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 10/20/2022<br><br>1:15-cr-723-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

　　　The Court has received a letter from Defendant Okami Landa requesting that the Court appoint him a lawyer. Dkt. No. 83. The Court will hold a conference to discuss that letter on October 26, 2022 at 2:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

　　　SO ORDERED.

Dated: October 20, 2022　　　　　　　　　　　　_____
New York, New York　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge