```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                           :

UNITED STATES,                                   :

-v-                                        :                          1:15-cr-723

OKAMI LANDA,                             :                          <u>ORDER</u>

Defendant.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This case has been formally reassigned to Judge Castel. Accordingly, the status conference previously set for December 7, 2022, *see* October 26, 2022 minute entry, is adjourned *sine die*.

      SO ORDERED.

Dated: November 1, 2022
       New York, New York

                                                                               _____
                                                                                 GREGORY H. WOODS
                                                                      United States District Judge