UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                          :         ORDER
        -against-              :
                                          :         22 CR 590 and 15 CR 723 (PKC)
OKAMI LANDA,                :
                                          :
           Defendants.   :
-----------------------------------------------------x

CASTEL, U.S.D.J.

        There will be a conference on December 14, 2023 at 11:00 a.m. in Courtroom 11D at 500 Pearl Street, New York, New York.  Brendan Quigley, CJA attorney is to appear at this conference as possible substitute counsel for sentencing.  Michael Arthus shall also appear.  The government shall arrange for the production of the defendant.

        SO ORDERED.

                                                        _____
                                                             P. Kevin Castel
                                                   United States District Judge

Dated:  New York, New York
        November 30, 2023